UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MELVIN OTT,<br><br>    Plaintiff,<br><br>    v.<br><br>INGENIX, INC.,<br><br>    Defendant. | No. CV-07-201-FVS<br><br>ORDER DENYING PROTECTIVE ORDER AND EXTENDING DEADLINES |

**THIS MATTER** having come before the Court based upon the plaintiff's motion for a protective order, the defendant's motion to strike, and the plaintiff's motion for an extension of certain deadlines; Now, therefore

**IT IS HEREBY ORDERED:**

1. The plaintiff's motion for a protective order (**Ct. Rec. 32**) is **denied.**

2. The defendant's motion to strike (**Ct. Rec. 65**) is **denied.**

3. The plaintiff's motion for an extension (**Ct. Rec. 78**) is **granted.**

**IT IS SO ORDERED.** The District Court Executive is hereby directed to enter this order and furnish copies to counsel.

**DATED** this ___8th___ day of August, 2008.

                    s/ Fred Van Sickle
                    Fred Van Sickle
            Senior United States District Judge

ORDER - 1