UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MELVIN OTT,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>INGENIX, INC.,<br><br>　　　　　Defendant. | No. CV-07-201-FVS<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT |

**THIS MATTER** having come before the Court based upon the plaintiff's motion for partial summary judgment; Now, therefore

**IT IS HEREBY ORDERED:**

The plaintiff's motion for partial summary judgment (**Ct. Rec. 47**) is **denied**.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to enter this order and furnish copies to counsel.

**DATED** this ___12th___ day of August, 2008.

　　　　　　　　　　　　　　s/Fred Van Sickle
　　　　　　　　　　　　　　Fred Van Sickle
　　　　　　　　Senior United States District Judge

ORDER - 1